APPEAL No. 76-320. WILLIAM J. WALSH *v.* STATE OF RHODE ISLAND, DEPARTMENT OF NATURAL RESOURCES. Motion of defendant to dismiss the plaintiff's appeal is granted unless the plaintiff files his brief on or before March 8, 1977. This dis-

missal will take effect without any further order of Court. *DeCosta & Abilheira, Robert L. DeCosta,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Richard B. Woolley,* Special Asst. Attorney General, for defendant.